UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| Kyle D. Dougherty, | ) | Court File No. 10-CV-00071  PAM/LIB |
| | ) | |
| Plaintiff, | ) | |
| | ) | **ORDER FOR DISMISSAL WITH** |
| v. | ) | **PREJUDICE** |
| | ) | |
| Black & Decker (U.S.) Inc., | ) | |
| | ) | |
| Defendant. | ) | |

_____

Pursuant to the Stipulation of the parties, IT IS HEREBY ORDERED that judgment shall be entered dismissing the Complaint on its merits with prejudice and without costs, disbursements or attorneys' fees to any party.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: July  15 , 2011

BY THE COURT:

s/Paul A. Magnuson
The Honorable Paul A. Magnuson
Judge of United States District Court